UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPI SCHAFLER,<br><br>         Plaintiff(s),<br><br>    v.<br><br>HSBC BANK USA, et al.,<br><br>         Defendant(s).<br>_____/ | **RELATED CASES**<br><br>No. C 06-5908 PJH<br>No. C 06-6887 PJH<br><br>**ORDER DENYING PETITION TO VACATE VEXATIOUS LITIGANT ORDER** |

Plaintiff Pepi Schafler has filed a petition to vacate the court's February 21, 2007 order declaring plaintiff to be a vexatious litigant and enjoining plaintiff from filing any action in the United States District Court for the Northern District of California against HSBC, Manufacturers and Traders Trust Company Bank (M&T), Scott D. Miller, and Cheryl Storie or any of their employees, agents, attorneys, affiliates, subsidiaries, parents, successors, or predecessors, that arises out of or is in any way related to the alleged unlawful conversion of plaintiff's funds in November of 1985.  Plaintiff contends that defendants and their counsel deceived the court and asks the court to set aside its decision on the ground that it was based on defendants' fraud, deceit and manufactured evidence.  Having reviewed the petition, the court determines that plaintiff has not demonstrated a basis for the court to vacate or set aside its prior order and the petition is denied.  To the extent that plaintiff seeks leave of court to file a motion for reconsideration of the February 21, 2007, order pursuant to Civil Local Rule 7-9, such leave is denied.

**IT IS SO ORDERED**

Dated: September 16, 2011

Phyllis J. Hamilton
United States District Judge